ALOIS VICHEREK, as President of the Czechoslovak Red Cross, an Unincorporated Association, Appellant, *v.* JAN PAPANEK et al., Respondents.

Submitted July 13, 1953; decided July 14, 1953.

*Arthur D. Sporn* and *Nathaniel L. Goldstein, Attorney-General* (*Abe Wagman* of counsel), for motions to dismiss appeal.

*Martin Popper* for application to withdraw appeal.

Application granted and, accordingly, motions to dismiss appeal denied, without costs.